IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES | PLAINTIFF |
| V. | CASE NO. 5:12-CR-50029 |
| TOMMY PAECH | DEFENDANT |

## ORDER

Defendant Tommy Paech appeared before the Court for a revocation hearing this day. The Court took under advisement his admissions to violating certain conditions of supervised release and determined that a follow-up status hearing would be set for six months from today. Accordingly, **IT IS ORDERED** that Defendant immediately be **RELEASED** from custody at the Washington County Detention Center.

The Court will issue a separate Order in the near future setting the follow-up status hearing and amending and adding certain conditions of supervised release.

**IT IS SO ORDERED** on this 8th day of November, 2018.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT COURT